**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**George Albert DANGERFIELD,
Jr., Defendant–Appellant.**

**No. 01–7909.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 15, 2002.

Decided April 1, 2002.

George Albert Dangerfield, Jr., Appellant Pro Se. Philip S. Jackson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

George Albert Dangerfield, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Dangerfield,* Nos. CR–98–212–AMD, CA–01–1730–AMD (D.Md. Oct. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*